In the Matter of the Intermediate Settlement of the Accounts of ANSON BALDWIN, as Trustee of the Trusts Created by and under the Last Will and Testament of ABIJAH CURTISS, Deceased.— Motion granted, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

CHARLES STEMBERG, Respondent, v. LLADYSLAVA STEMBERG, Appellant. — Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

WILLIAM E. BARLOW and GEORGE H. BARLOW, as Executors, etc., of WILLIAM H. BARLOW, Deceased, Respondents, v. THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF OSSINING, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.

RAFFAELE CASCONE & COMPANY, INC., Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

CHARLES W. DEGROFF, Respondent, v. THOMAS DRYSDALE, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

IRVING HAIGHT, as Administrator, etc., of FRANK HAIGHT, Deceased, Respondent, v. S. JEANNETTE CARMEN, Defendant, and JACKSON BUTTS, Appellant.— Judgment and order of the County Court of Dutchess county reversed, and new trial ordered, costs to abide the event, upon the ground that the verdict of the jury was contrary to the weight of the evidence. Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concurred.

ANNIE M. HOPE, Respondent, v. HYMAN BARON, Appellant.— Judgment and order of the County Court of Richmond county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title, etc., for the Opening and Extending of Public Playground and Park, etc., Lorimer Street, etc., in the Borough of Brooklyn, City of New York. JOHN J. BEATTY, Respondent.— Order affirmed, with ten dollars costs and disbursements. The determination of the value of the expert's services was for the Special Term. Unlike, *Matter of City of New York* [*Rinn*] (188 App. Div. 903) the detailed services of the expert appear in the record, and the value has been passed upon by the learned justice at Special Term. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ, concurred.

HELGA JOHANSEN, Respondent, v. SEVENTY-SIXTH STREET AND PARK AVENUE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.